610

No. 93. HOME INDEMNITY CO. *v.* NATIONAL MOTORSHIP CORP. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edwin R. Wolff* for petitioner. *Mr. Courtland Palmer* for respondent.

No. 95. VITAGRAPH, INC., ET AL., *v.* PERELMAN ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Gordon A. Block* for petitioners. *Mr. Benjamin M. Golder* for respondents.

No. 99. HURLBUT ET AL. *v.* MEYERSON. October 10, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Dean Hill Stanley* for petitioners. *Mr. C. Leo DeOrsey* for respondent.

No. 100. CLEMENTS *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Warren E. Miller* for petitioner. *Solicitor General Jackson,* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Young M. Smith,* and *W. Marvin Smith* for the United States.

No. 101. MEANS, EXECUTRIX, *v.* FALETTI, TRUSTEE, ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Gerald T. Wiley* for petitioner. *Mr. Harry J. Lurie* for respondents.